UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JASON MICHAEL GARCIA, <br> Petitioner, <br> v. <br> RAYMOND MADDEN, Warden, <br> Respondent. | No. EDCV 17-00049-DOC (JDE) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Answer with supporting lodged materials, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party filed timely objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: February 13, 2018

*David O. Carter*

DAVID O. CARTER
United States District Judge