UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JASON MICHAEL GARCIA, <br> Petitioner, <br> v. <br> RAYMOND MADDEN, Warden, <br> Respondent. | No. EDCV 17-00049-DOC (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: February 13, 2018

_____
DAVID O. CARTER
United States District Judge